

NORTH CAROLINA WESTERN
MEMORANDUM

**Date:** 8/7/2018

**To:** The Honorable Max O. Cogburn, Jr.
United States District Judge

**From:** Bonney Price
United States Probation Officer

**Subject:** **Oates, Demmarie**
Dkt. No. 3:02-CR-00152-003
**REQUEST TO DESTROY SEIZED PROPERTY**

---

On 02/10/2004, the defendant was sentenced pursuant to a conviction for Conspiracy to possess with intent to distribute and distribute cocaine and cocaine base within 1,000 feet of a school or playground. He was ordered to serve 168 months' imprisonment, followed by ten (10) years of supervised release. His term of supervised release commenced on 04/27/2015. The following property was seized from the defendant during his supervision term: 1) Cell Phone; LG, Black 2) Cell Phone; Samsung, silver 3) Cell Phone; Samsung 4) Cell Phone; coolpad 5) Cell Phone; Coolpad 6) Cell Phone; LG LS775. These items were seized from the defendant's residence on 02/09/2017. His term of supervised release was revoked on 05/04/2017, and he was ordered to serve 8 months' imprisonment with no supervised released to follow. The probation office neglected to make a request destruction of the seized property at the time of revocation. It is respectfully requested that Your Honor authorize destruction of the aforementioned items.

Thank you for your time and attention to this matter. Please do not hesitate to contact me at 704-350-7680, should you have any questions.

THE COURT ORDERS:

☒ Destroy Seized Property as Requested

☐ Do Not Destroy Seized Property

☐ Return Seized Property to the Defendant

| | |
|---|---|
| _____ | _____August 7, 2018_____ |
| Signature of Judicial Officer | Date |